MR. CHIEF JUSTICE HASWELL,
concurring and dissenting:
I concur with the discussion and holding on Issues 2 and 3. I dissent from the discussion and holding on Issue 1.
The vice in holding that the architect is entitled to an award of $18,000 for his services based on quantum meruit is that there is no evidence that this is the market value of his services. The figure of $18,000 is simply a mechanical calculation of the number of hours he spent multiplied by the rate he charged per hour. This does not necessarily equal market value. The District Court recognized this and awarded only $10,000 which itself is an arbitrary figure not supported by substantial credible evidence.
I would vacate the $18,000 award and remand for further proceedings to establish the market value of the architect’s services.